AO 450 (Rev. 1/25) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| SHANAH A. BRODY | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case: 1:22-CV-00482-HG-WRP |
| V. | |
| HAWAIIAN AIRLINES INC.; HAWAIIAN HOLDINGS, INC. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII **May 02, 2025, 3:45 pm** LUCY H. CARRILLO, CLERK OF COURT |
| Defendants. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "ORDER Granting Defendants Hawaiian Airlines, Inc. and Hawaiian Holdings, Inc.'s Motion For Dismissal For Lack of Subject-Matter Jurisdiction (ECF No. [97])," ECF No. 108, filed on May 2, 2025. The Clerk of Court is ORDERED to enter Judgment in favor of Defendants and to CLOSE THE CASE.

| | |
|---|---|
| May 2, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by CB |
| | (By) Deputy Clerk |